AO 91 (Rev. 11/11) Criminal Complaint

FILED

NOV - 2 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
vs

DEFENDANT #1 DEBRUHL, Miguel Angel
DEFENDANT #2 MONTELONGO, Alan
DEFENDANT #3 DELVAL-Dominguez, Abel
*Defendant(s)*

Case No. EP-26-M-5537-RFC(1)(2)(3)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 7, 2026, in the county of El Paso in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| Charge 1: 8 U.S.C.1324 (a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i) | knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others known and unknown, to commit offenses against the United States, namely: knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move, and attempt to transport and move such alien within the United States by means of transportation and otherwise, in furtherance of said violation of law. |

This criminal complaint is based on these facts:

Charge #1: DEFENDANT #1 DEBRHUL, Miguel Angel, DEFENDANT #2 MONTELONGO, Alan and DEFENDANT #3 DELVAL-Dominguez, Abel

See Attached

Continued on the attached sheet.

Claudia Parker
*Complainant's signature*

Claudia Parker Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Oath Telephonically Sworn
At 1 : 04 PM
Fed.R.Crim.P.4.1(b)(2)(A)

Date: November 2, 2026

*Judge's signature*

City and state: El Paso, Texas

Robert F. Castaneda U.S. Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Miguel Angel DEBRUHL

PEPT# PEPT271100091

11/02/2026

FACTS (CONTINUED)

On September 07, 2026, Border Patrol Agents discovered a video that was uploaded to a social media platform. The account was being monitored regularly by Agents due to it containing various videos and posts promoting illegal alien smuggling. The videos uploaded to the account depicted the smuggling of individuals into the United States including multiple posts requesting the services of providers and pickup drivers in certain areas in the El Paso Sector's Area of Responsibility (AOR).

The video discovered by Agents on September 7, 2026, showed a male driver recording a passenger who exits the vehicle and walks toward a parked silver in color Honda Pilot bearing New Mexico license plate. Further research conducted on the Honda Pilot revealed that the vehicle had been previously parked in the 11000 block of Kingfish Court, in El Paso, Texas, which is within the Western District of Texas.

Agents conducted surveillance at the 11000 block of Kingfish Court, El Paso, Texas, along with other addresses linked to the Honda Pilot initially seen on the social media platform video.

On October 24, 2026, utilizing video surveillance systems, agents observed a black Chevrolet Silverado arrive at the residence on Kingfish Court and park in reverse onto the driveway. After parking, a male individual was observed going into the residence. Video surveillance showed the same black Chevrolet Silverado arriving and departing the residence on several occasions throughout the next five days. The vehicle's driver was observed exiting the vehicle and opening the garage door and reversing the vehicle into the garage before closing the garage door again. These actions and behaviors have been known to agents to be associated with illegal alien stash houses, as load drivers attempt to minimize their exposure utilizing residences' garages to bring in and transport illegal aliens out of the stash house.

On October 28, 2026, utilizing video surveillance system, Agents observed the same black Chevrolet Silverado arrive and park in reverse onto the driveway at the residence in the 11000 block of Kingfish Court. Agents conducting surveillance followed the black Silverado, ultimately leading them to a semi-truck storage and staging yard located in the 14000 block of Johnstown, El Paso, Texas. Once in the truck yard, which is located off a dirt road, Agents observed from a distance that the black Silverado met with another vehicle parked next to a semi-truck. Agents observed the black Silverado depart from the truck yard. Agents then followed the black Silverado to the residence on Kingfish Court, observing it go into the garage again.

Another Agent responded to the location of the truck yard and deployed his service issued Small Unmanned Aircraft System (sUAS) to monitor the truck yard. Agents then observed a gray in color Chevrolet Tahoe bearing New Mexico license plate arrive at the truck yard. Utilizing the sUAS, Agents observed approximately 12 individuals exit the gray Tahoe and board the parked semi-truck's trailer. The gray Tahoe was then seen leaving the truck yard.

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Miguel Angel DEBRUHL

PEPT# PEPT271100091

11/02/2026

FACTS (CONTINUED)

Agents conducting surveillance at the residence on Kingfish Court observed the black Silverado exit the garage and departed to the truck yard located in the 14000 block of Johnstown. Agents observed approximately 12 individuals exit the black Silverado and board the same semi-truck trailer as the initial 12 individuals were boarding.

Agents then observed the same gray Tahoe arrive a second time at the truck yard. Shortly after arriving, utilizing the sUAS system, Agents observed approximately 10 individuals exit the gray Tahoe and board the same semi-truck's trailer. The gray Tahoe was seen leaving shortly after.

Agents observed once again the same black Silverado arrive for a third time at the truck yard and park next to the semi-truck which the multiple individuals were seen boarding. A total of six additional individuals were observed through sUAS system exiting the black Silverado and boarding the same semi-truck trailer. The black Silverado was seen departing shortly after and was observed through video surveillance arriving at the residence Kingfish Court a few minutes later.

During that time the semi-truck's trailer was being boarded by multiple individuals.

Both semi-trucks were observed departing the truck yard traveling in tandem, continuing southbound past Horizon Boulevard. Texas Department of Public Safety Troopers and Horizon Police Department Officers were advised of the ongoing situation and responded to the area to assist Border Patrol Agents. A vehicle stop was initiated by DPS Trooper on Temperance Street and Zelt Street in El Paso, Texas in the Western District of Texas. The Trooper initiated the vehicle stop after the semi-truck failed to make a complete stop. Horizon PD Officers then initiated a stop on the second semi-truck after it had also failed to make a full stop.

During the vehicle stop initiated by Horizon PD Officers, on the purple semi-truck bearing Texas license plates the driver of the vehicle was identified Miguel Angel DEBRUHL herein referred to as DEFENDANT 1. Agents approached DEFENDANT 1, who was now out of the vehicle, identified themselves as United States Border Patrol Agents while revealing their service issued badges and credentials, and advised DEFENDANT 1 they were conducting an immigration investigation regarding possible illegal alien smuggling. Agents questioned DEFENDANT 1 as to his country of citizenship, to which he replied by stating he was a citizen of the United States.

The Agent then requested and received consent from DEFENDANT 1 to search the semi-truck's cab and trailer. Agents then searched the cab and trailer but did not find additional individuals. Agents observed a red backpack located in the semi-truck's sleeper compartment containing a large number of cellular phones. Agents retrieved the backpack after they were advised by Agents who were inspecting the other semi-truck that illegal aliens had been found. It is a common practice known to Border Patrol Agents in which illegal alien smugglers will separate the illegal aliens from their cellular phones to prevent the illegal aliens from compromising their location.

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Miguel Angel DEBRUHL

PEPT# PEPT271100091

11/02/2026

FACTS (CONTINUED)

DEFENDANT 1 was advised he was being placed under arrest at that time.

During the vehicle stop initiated by Trooper the driver of the vehicle was identified as Alan MONTELONGO herein referred to as DEFENDANT 2.

Agents questioned DEFENDANT 2 as to his country of citizenship, to which replied by stating he was a citizen of the United States. Agents then requested and received consent from DEFENDANT 2 to conduct an inspection of the semi-truck's cab and trailer After granting consent DEFENDANT 2 walked to the trailer of the semi-truck and opened the rear door, which was not locked or sealed. After opening the rear door, Agents observed a large number of individuals sitting along both sides of the trailer. Agents identified themselves as a United States Border Patrol Agents. The Agents boarded the trailer and counted 53 total individuals. All individuals were questioned as to their country of citizenship and right to be in the United States legally. All 53 subjects admitted to being illegally present in the United States and to not being in possession of any immigration documents that would allow them to enter, be, or remain in the United States legally.
All individuals were placed under arrest after their alienage was determined.

DEFENDANT 2 was also advised he was under arrest for transporting aliens illegally present in the United States.

All 53 illegal aliens were transported to the Ysleta Border Patrol Station for processing and further investigation. DEFENDANT 2 and DEFENDANT 1 were also transported to the Ysleta Station.
At the Ysleta Station, DEFENDANT 2, who was the driver of the semi-truck containing the 53 illegal aliens, was read his Miranda rights.

In an audio and video recorded post Miranda statement DEFENDANT 2 admitted to his involvement in the illegal alien smuggling scheme for financial gain. DEFENDANT 2 stated that he was hired by individuals who both reside in Mexico, as was to be paid approximately $16,000.00 USD to transport the illegal aliens through the I-25 Border Patrol checkpoint in Las Cruces, where he would then contact the smugglers to receive further instructions. DEFENDANT 2 further stated that DEFENDANT 1 was also involved in the smuggling scheme, and he was supposed to receive half of the payment for also traveling past the Border Patrol checkpoint with him. DEFENDANT 2 stated that DEFENDANT 1 had full knowledge of the smuggling scheme, is the owner of both semi-trucks and owner of the truck yard that was utilized to stage.

At the Ysleta Station, DEFENDANT 1 was read and informed of his Miranda but declined to provide a statement or answer questions at that time without the presence of an attorney.

Agents conducted surveillance at the residence in the 11000 block Kingfish Court on October 29, 2026, as part of an ongoing investigation into alien smuggling. Agents observed a male individual exit the residence through

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Miguel Angel DEBRUHL

PEPT# PEPT271100091

11/02/2026

FACTS (CONTINUED)
the garage door. Agents were able to determine he was the same male seen previously at the residence. The individual was then seen loading what appeared to be groceries and several full black trash bags in the backseat and front seat area of the black Silverado which was parked in the driveway. Agents approached the male individual once he boarded the black Silverado. The male individual, later identified as Abel DELVAL-Dominguez herein referred to as DEFENDANT 3. The agent identified himself as a United States Border Patrol Agent and advised DELVAL-Dominguez he was conducting an immigration investigation and questioned DEFENDANT 3 as to his country of citizenship and right to be in the United States legally. DEFENDANT 3 replied by stating he was a citizen of Mexico and admitted to being illegally present in the United States. The Agent asked if anyone else was in the residence, to which he replied by stating there was no one else inside, and offered to open the garage door. Agents did not observe any additional individuals.

DEFENDANT 3 stated he would rather not answer questions as he did not want to get in more trouble. During a pat down search, the Agent retrieved a wallet from DEFENDANT 3 front pant pocket containing a large amount of money. The money discovered on DEFENDANT 3 included U.S. and Mexican currency.

DEFENDANT 3 was placed under arrest and taken to the Ysleta border patrol station. He was advised of his Miranda Rights and requested to speak to an attorney.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation

Immigration History:
None Found

None Found

None Found

Criminal History:
06/29/2000, El Paso, Texas, THEFT PROP(M), CNV, Unknown.

None Found

None Found